UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Gordon Miles and David Hamilton,

      Plaintiffs,

vs.

Jana Skye Brister Korby, et al.,

      Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 17-263 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of Plaintiffs Gordon Miles and David Hamilton, [Docekt No. 4], is **DENIED**.

3. The motion for preliminary injunctive relief, [Docket No. 7], is **DENIED**.

4. Judgment is entered accordingly.

DATED: 3/28/17　　　　　　　　　　　　　　s/Patrick J. Schiltz
At Minneapolis, Minnesota　　　　　　　　Patrick J. Schiltz, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court